UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JESSICA M. BROWN,<br><br>　　　　　　　　Petitioner,<br><br>v.<br><br>PROBATION/PAROLE,<br><br>　　　　　　　　Respondents. | Case No. 2:24-cv-00513-RFB-BNW<br><br>**ORDER** |

　　　　Petitioner Jessica M. Brown has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (ECF No. 1-1 ("Petition").) Brown has not properly commenced this habeas action by either paying the standard $5.00 filing fee or filing an application for leave to proceed <u>in forma pauperis</u> ("IFP"). Pursuant to 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court. This Court may authorize an indigent prisoner to begin a habeas action without paying the $5 fee if he or she submits an IFP application on the approved form and includes three specific documents: (a) the prisoner's financial declaration and acknowledgement showing an inability to prepay fees and costs, (b) a financial certificate signed by the prisoner and an authorized prison official, and (c) a copy of the prisoner's account statement for the six-month period prior to filing. 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2. Brown has 60 days from the date of this order to either pay the $5 filing fee or submit a complete IFP application with all required documentation.

　　　　**IT IS THEREFORE ORDERED** that within 60 days of the date of this order, Petitioner Jessica M. Brown must file an IFP application that includes: (a) a financial certificate signed by Brown and an authorized prison official, (b) a financial declaration and acknowledgement signed

by Brown, and (c) a copy of Brown's inmate account statement for the six-month period prior to filing. Alternatively, Brown must pay the $5 filing fee within 60 days of the date of this order. Brown's failure to timely comply with this Order or to request an extension of time to do so will result in the dismissal of this action without prejudice and without further advance notice.

**IT IS FURTHER ORDERED** that the Clerk of Court send Petitioner Jessica M. Brown one blank copy of the IFP application form for inmates along with instructions.

**DATED:** November 7, 2024

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT COURT**