# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JESSICA M. BROWN,<br><br>Petitioner,<br><br>v.<br><br>PROBATION/PAROLE, et al.,<br><br>Respondents. | Case No. 2:24-cv-00513-RFB-BNW<br><br>**ORDER** |

On March 15, 2024, Petitioner Jessica M. Brown commenced this action by filing a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. (ECF No. 1-1.) On April 16, 2024, this Court ordered Brown to file an application for leave to proceed in forma pauperis or pay the $5.00 filing fee. (ECF No. 4.) This Court gave Brown 60 days to comply and warned Brown that failure to timely comply would result in the dismissal of this action without prejudice and without further advance notice. (Id.) Brown's 60-day deadline expired on June 17, 2024. To date, Brown has not filed an in forma pauperis application, paid the $5 filing fee, filed an amended petition, requested an extension of time, or taken any other action to prosecute this case.[1]

**IT IS THEREFORE ORDERED** that Petitioner Jessica M. Brown's Petition for Writ of Habeas Corpus (ECF No. 1-1) is DISMISSED WITHOUT PREJUDICE based on her failure to

---

[1] Notably, this Court's April 16, 2024, Order was returned as undeliverable. (ECF No. 5.) Brown was located at the Clark County Detention Center when she filed her petition. The Court unsuccessfully searched for Brown on the Clark County Detention Center's online inmate locator search, so this Court is unable to determine where Brown is currently being detained, if at all. The Local Rules of Practice require all parties, including habeas petitioners, to immediately file with the Court written notice of any change of address. LR IA 3-1; see also Carey v. King, 856 F.2d 1439, 1441 (9th Cir. 1988) ("A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address.").

comply with this Court's April 16, 2024, Order (ECF No. 4). Brown is denied a certificate of appealability, as jurists of reason would not find dismissal of the petition for the reasons stated herein to be debatable or wrong.

**IT IS FURTHER ORDERED** that the Clerk of Court (1) file the petition (ECF No. 1-1), (2) add Nevada Attorney General Aaron D. Ford as counsel for Respondents,[2] (3) informally serve the Nevada Attorney General with the petition (ECF No. 1-1), this order, and all other filings in this matter by sending a notice of electronic filing to the Nevada Attorney General's office, (4) enter final judgment, and (5) close this case.

**IT IS FURTHER ORDERED** that Brown has leave from the Court to file a motion for reconsideration to reopen this case based upon the assertion of legitimate or equitable reasons for failing to comply with the Court's order.

Dated: November 8, 2024

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT

---

[2] No response is required from Respondents other than to respond to any orders of a reviewing court.